**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00256-CR

**RICHARD GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82083-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 10, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 17, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 10, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/     DAVID EVANS
         JUSTICE